# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3343

_____

| | | |
|---|---|---|
| Willie P. Andrews, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Larry Norris, Director, Arkansas | * | Eastern District of Arkansas. |
| Department of Correction; James | * | |
| Gibson, Disciplinary Hearing | * | [UNPUBLISHED] |
| Administrator, ADC; Mark Cashion, | * | |
| Warden, Delta Regional Unit, ADC; | * | |
| Ronald Gana, Chief of Security, | * | |
| Delta Regional Unit, ADC; Oscar | * | |
| Green, Administrative Review Officer, | * | |
| Delta Regional Unit, ADC; Johnnie | * | |
| M. Harris, Disciplinary Hearing | * | |
| Officer, ADC; Gary Nalls, | * | |
| Disciplinary Hearing Security | * | |
| Officer, ADC, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 15, 2009
Filed: December 11, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Willie Andrews appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, see Anderson v. Larson, 327 F.3d 762, 767 (8th Cir. 2003) (standard of review), we hold that summary judgment was properly granted. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.